```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15504
    KESHANIA MCFERRIN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-4099

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/27/2006 and was confirmed 02/26/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 02/25/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG       .00             .00             .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE  15323.25             .00         1165.89
COMCAST                   UNSECURED      NOT FILED            .00             .00
AURORA EMERGENCY ASSOC    UNSECURED      NOT FILED            .00             .00
KELVIN JONES              UNSECURED       7343.20             .00             .00
KLUEVER & PLATT LLC       NOTICE ONLY    NOT FILED            .00             .00
DIRECTV INC               UNSECURED      NOT FILED            .00             .00
NICOR GAS                 UNSECURED      NOT FILED            .00             .00
RADIO SHACK/ CITIBANK     UNSECURED      NOT FILED            .00             .00
TCF BANK                  UNSECURED      NOT FILED            .00             .00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC   8600.00          551.74         1503.61
DAIMLER CHRYSLER FINANCI  UNSECURED       2932.11             .00             .00
KONSTANTINE T SPARAGIS    DEBTOR ATTY    2,400.00                        2,400.00
TOM VAUGHN                TRUSTEE                                          378.76
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    6,000.00

PRIORITY                                              .00
SECURED                                          2,669.50
    INTEREST                                       551.74
UNSECURED                                             .00
ADMINISTRATIVE                                   2,400.00
TRUSTEE COMPENSATION                               378.76
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                     6,000.00              6,000.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 15504 KESHANIA MCFERRIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
     CASE NO. 06 B 15504 KESHANIA MCFERRIN
```